**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 04-cr-00324-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARREN PATRICK MICHAEL,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the revocation of supervised release hearing set for January 22, 2013, is **VACATED** and is **CONTINUED** to **January 23, 2013**, commencing at 10:00 a.m. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: December 14, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.